UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 18-23786-CIV-MARTINEZ-OTAZO-REYES

CHARLES STEINBERG, individually and on
behalf of all others similarly situated,
    Plaintiffs,

vs.

OPKO HEALTH, INC., et al.,
    Defendants.
_____/

## ORDER ON NOTICE OF SETTLEMENT AND DENYING ALL PENDING MOTIONS AS MOOT

THIS CAUSE came before the Court upon the parties' May 29, 2020 telephonic Notice of Settlement, indicating that the parties have reached a settlement in principal in this matter. It is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Motion for Preliminary Settlement Approval that complies with Federal Rule of Civil Procedure 23 **on or before 30 days of the date of this Order**.

2. Additionally, the parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days of the date of this Order**.

3. The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4. The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of May, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel of Record