IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 18-23786-CV-MARTINEZ-OTAZO-REYES

CHARLES STEINBERG, individually and
on behalf of all others similarly situated,
    Plaintiff,
v.
OPKO HEALTH, INC., PHILLIP FROST,
ADAM LOGAL, and JUAN RODRIGUEZ,
    Defendants.
_____/

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ORDERS** and **ADJUDGES** as follows:

1. The Court has entered a Final Order approving the class action settlement in this case, [ECF No. 130]. For the reasons stated therein, judgment is **ENTERED** in accordance with such order and the Plaintiffs' released claims asserted against Defendants OPKO Health, Inc., Phillip Frost, Adam Logal, and Juan Rodriguez.

2. All released parties in this action are **DISMISSED WITH PREJUDICE**, without fees and costs to any party, except as otherwise provided in the Final Order approving the class action settlement, the Settlement Agreement, and/or the Court's Order on Motion for Attorneys' Fees and Litigation Expenses, [ECF No. 131].

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of April 2021.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record